US MAGISTRATE JUDGE CHERYL L. POLLAK       DATE: 6/2/15

TIME SPENT: _____

DOCKET NO. 15 CV 791

CASE: Brown v. Pizzaro

- ✓ INITIAL CONFERENCE
- ___ DISCOVERY CONFERENCE
- ___ SETTLEMENT CONFERENCE
- ___ MOTION HEARING
- ___ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

✓ COMPLETED         ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____         DEF. TO SERVE PL. BY: _____

**RULINGS:** Responses to written discovery due 7/6

Settlement conf. 7/22 at 2:00